# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC., GYASI SELLERS, WISEACRE FARM, INC., VERANO HOLDINGS CORP.<br><br>PLAINTIFFS,<br><br>-against-<br><br>MERRICK GARLAND, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,<br><br>DEFENDANT. | No. 23-cv-30113 |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CANNA PROVISIONS, INC.

Plaintiff Canna Provisions, Inc., through its undersigned counsel, certifies the following pursuant to Federal Rule of Civil Procedure 7.1. Canna Provisions, Inc. is 100% owned by Better Provisions, LLC, a Delaware Limited Liability Company. Better Provisions, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: December 15, 2023

**Boies Schiller Flexner LLP**

*/s/ David Barillari*
David Boies *(admitted pro hac vice)*
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Jonathan D. Schiller *(admitted pro hac vice)*
Matthew L. Schwartz *(admitted pro hac vice)*
David Barillari *(admitted pro hac vice)*
55 Hudson Yards

Respectfully submitted,

**Lesser, Newman, Aleo & Nasser LLP**

Michael Aleo
Thomas Lesser
39 Main Street, Suite 1
Northampton, MA  01060
Telephone:  (413) 584-7331
Facsimile:   (413) 586-7076
aleo@LNN-law.com
lesser@LNN-law.com

New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

*Attorneys for the Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

*Attorneys for the Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2023, I caused a copy of the foregoing Corporate Disclosure Statement to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: December 15, 2023

*/s/ David Barillari*
David Barillari