# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC., GYASI SELLERS, WISEACRE FARM, INC., VERANO HOLDINGS CORP.<br><br>PLAINTIFFS,<br><br>-against-<br><br>MERRICK GARLAND, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,<br><br>DEFENDANT. | No. 23-cv-30113 |

## JOINT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp. ("Plaintiffs") and Defendant Merrick Garland, in his official capacity as Attorney General of the United States ("Defendant"), through their undersigned counsel, respectfully move jointly to adjust the case deadlines as follows:

1. Defendant's deadline to respond to Plaintiff's Complaint is extended 28 days from December 26, 2023, to January 23, 2024.

2. If Defendant files a motion to dismiss, Plaintiffs may have until March 15, 2024 to file opposition papers.

The parties respectfully submit that these adjustments are warranted in light of the obligations of counsel in other litigation matters and the holiday season. The parties agree that these requested extensions are reasonable, will not prejudice any party, and will not unduly delay resolution of this matter.

Date: December 15, 2023                          Respectfully submitted,

*/s/ Joshua Schiller*                             */s/ Jeremy Newman (with consent)*
**Boies Schiller Flexner LLP**                    Jeremy S.B. Newman
David Boies *(admitted pro hac vice)*             United States Department of Justice
333 Main Street                                   Civil Division, Federal Programs Branch
Armonk, NY 10504                                  1100 L Street, N.W.
(914) 749-8200                                    Washington, DC 20005
dboies@bsfllp.com                                 Tel: (202) 532-3114
                                                  Email: jeremy.s.newman@usdoj.gov

Jonathan D. Schiller *(admitted pro hac vice)*
Matthew L. Schwartz *(admitted pro hac vice)*    *Attorneys for Defendant*
David Barillari *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

**Lesser, Newman, Aleo & Nasser LLP**
Michael Aleo
Thomas Lesser
39 Main Street, Suite 1
Northampton, MA  01060
Telephone:  (413) 584-7331
Facsimile:   (413) 586-7076
aleo@LNN-law.com
lesser@LNN-law.com

*Attorneys for the Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I caused a copy of the foregoing Joint Motion to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: December 15, 2023

*/s/ David Barillari*
David Barillari