IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC.; GYASI SELLERS; WISACRE FARM, INC.; VERANO HOLDINGS CORP. <br><br>  Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official Capacity as Attorney General of the United States <br><br>  Defendant. | No. 23-cv-30113 |

**MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendant Merrick Garland, in his official capacity as Attorney General of the United States, hereby files this Motion to File Memorandum in Excess of Twenty Pages. Defendant's deadline to respond to the Complaint is tomorrow, January 23, 2024. *See* ECF No. 26. Defendant intends to file a motion to dismiss and supporting memorandum. Defendant wishes to file a memorandum of up to twenty-five pages, five pages longer than the limit in Local Rule 7.1(b)(4). The memorandum will present legal argument on multiple issues of constitutional law. Defendant respectfully submits that the five additional pages will allow Defendant to present this case in a manner that permits meaningful review of the issues and will assist the Court in its resolution of this matter. Defendant would not oppose the Court granting Plaintiffs a reciprocal extension of up to five additional pages for their opposition to Defendant's Motion to Dismiss.

Defendant's counsel conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose this motion.

1

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion and enter an order granting leave for Defendant to submit a memorandum of up to twenty-five pages in support of the forthcoming Motion to Dismiss Complaint.

Dated:  January 22, 2024                             Respectfully Submitted,


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN (Mass. Bar # 688968)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

I, Jeremy S.B. Newman, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for the Plaintiffs, who do not oppose this motion.

Dated: January 22, 2024                                         */s/ Jeremy S.B. Newman*
                                                                JEREMY S.B. Newman
                                                                Trial Attorney

## CERTIFICATE OF SERVICE

On January 22, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                */s/ Jeremy S.B. Newman*
                                                                JEREMY S.B. Newman
                                                                Trial Attorney