IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| CANNA PROVISIONS, INC.; GYASI SELLERS; WISACRE FARM, INC.; VERANO HOLDINGS CORP. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 23-cv-30113 |
| MERRICK GARLAND, in his official Capacity as Attorney General of the United States | ) ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO DISMISS COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Merrick Garland, in his official capacity as Attorney General of the United States, hereby files this Motion to Dismiss Complaint. As set forth in the accompanying Memorandum, the Complaint, ECF No. 1, filed by Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp. (collectively, "Plaintiffs"), should be dismissed because Plaintiffs lack standing and because Plaintiffs fail to state a claim upon which relief can be granted. Accordingly, the Court should grant this Motion and dismiss the Complaint.

Dated:  January 23, 2024                              Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN (Mass. Bar # 688968)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

I, Jeremy S.B. Newman, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for the Plaintiffs, who oppose this motion.

Dated: January 23, 2024

*/s/ Jeremy S.B. Newman*
JEREMY S.B. Newman
Trial Attorney

## CERTIFICATE OF SERVICE

On January 23, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*
JEREMY S.B. Newman
Trial Attorney