### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC., GYASI SELLERS, WISEACRE FARM, INC., VERANO HOLDINGS CORP., <br><br> PLAINTIFFS, <br><br> -against- <br><br> MERRICK GARLAND, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, <br><br> DEFENDANT. | No. 23-cv-30113 |

<u>NOTICE OF REFUSAL TO CONSENT TO MAGISTRATE</u>

I, Michael Aleo, counsel for the plaintiffs, am submitting this Notice in accordance with General Order 07-4, dated December 4, 2007, and as modified by General Order 09-3 (dated March 3, 2009) and General Order 10-1 (dated February 2, 2010), to confirm that at least one party does not consent to the Magistrate Judge's jurisdiction.

Date: February 13, 2024

**Boies Schiller Flexner LLP**

David Boies *(admitted pro hac vice)*
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Jonathan D. Schiller *(admitted pro hac vice)*
Matthew L. Schwartz *(admitted pro hac vice)*
David Barillari *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com

Respectfully submitted,

**Lesser, Newman, Aleo & Nasser LLP**

*/s/ Michael Aleo*

_____
Michael Aleo
Thomas Lesser
39 Main Street, Suite 1
Northampton, MA  01060
Telephone:  (413) 584-7331
Facsimile:  (413) 586-7076
aleo@LNN-law.com
lesser@LNN-law.com

mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

*Attorneys for the Plaintiffs Canna Provisions,
Inc., Gyasi Sellers, Wiseacre Farm, Inc., and
Verano Holdings Corp.*

*Attorneys for the Plaintiffs Canna Provisions,
Inc., Gyasi Sellers, Wiseacre Farm, Inc., and
Verano Holdings Corp.*

<u>CERTIFICATE OF SERVICE</u>

I, Michael Aleo, certify that the foregoing document was served on all counsel of record by filing the document with the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Date: February 13, 2024                              /s/ Michael Aleo
                                                    _____