IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC.; GYASI SELLERS; WISEACRE FARM, INC.; and VERANO HOLDINGS CORP., <br><br> Plaintiffs, <br><br><br> MERRICK GARLAND, in his official Capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 23-cv-30113 <br><br> Hon. Mark G. Mastroianni |

## MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp. (collectively, "Plaintiffs"), hereby file this motion seeking permission to file a memorandum of law in excess of 20 pages. Plaintiffs' deadline to file its opposition to Defendant's Motion to Dismiss (docket entry no. 29) is Friday, March 15, 2024. *See* docket entry no. 26. Plaintiffs wish to file an opposition memorandum that is the same length as Defendant's memorandum in support of the Motion to Dismiss— 25 pages (5 pages longer than the page limit specified in Local Rule 7.1(b)(4)). Plaintiffs' opposition memorandum discusses multiple constitutional issues, and the additional 5 pages will assist in resolving the motion. The Court previously granted Defendant's request for a 5-page extension for the opening brief. *See* docket entry no. 28. Defendant has confirmed that he "would not oppose the Court granting Plaintiffs a reciprocal extension of up to five additional pages for their opposition to Defendant's motion to dismiss." Docket entry no. 27, at 1.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and enter an order granting leave for Plaintiffs to submit a memorandum of law of 25 pages in length in opposition to Defendant's Motion to Dismiss.

Dated: March 13, 2024

Respectfully submitted,

| **Boies Schiller Flexner LLP** | **Lesser, Newman, Aleo & Nasser LLP** |
|---|---|

*/s/ Joshua Schiller*
David Boies *(admitted pro hac vice)*
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Jonathan D. Schiller *(admitted pro hac vice)*
Matthew L. Schwartz *(admitted pro hac vice)*
David Barillari *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

*Attorneys for Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

Michael Aleo
Thomas Lesser
39 Main Street, Suite 1
Northampton, MA  01060
Telephone:  (413) 584-7331
Facsimile:   (413) 586-7076
aleo@LNN-law.com
lesser@LNN-law.com

*Attorneys for Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Defendant, who does not oppose this motion.

Dated: March 13, 2024

*/s/ Joshua Schiller*
Joshua Schiller

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, I caused a copy of the foregoing motion to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: March 13, 2024

*/s/ Josha Schiller*
Joshua Schiller