IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC., GYASI SELLERS, WISEACRE FARM, INC., VERANO HOLDINGS CORP.,<br><br>Plaintiffs,<br><br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendant. | Case No. 23-cv-30113<br><br>Hon. Mark G. Mastroianni |

## DECLARATION OF JOSHUA I. SCHILLER

I, Joshua I. Schiller, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law, and a partner at Boies Schiller Flexner LLP.

2. I represent the Plaintiffs in this proceeding.

3. I submit this declaration in connection with Plaintiffs' opposition to Defendant's Motion to Dismiss (docket entry no 30.).

4. Attached as Exhibit A is a true and correct copy of the memorandum issued by then-Attorney General Jefferson B. Sessions on January 4, 2018, which is entitled *Marijuana Enforcement* (the "Sessions Memo"), and which is available at https://www.justice.gov/media/932456/dl.

5. Attached as Exhibit B is a true and correct copy of the Complaint for Forfeiture in Rem filed by the United States in *United States v. $165,620.00 in U.S. Currency*, No. 21-01215, ECF 1 (D. Kan. Sept. 3, 2021).

6. Attached as Exhibit C is a true and correct copy of a notice from Matthew J. Strait (Deputy Assistant Administrator, Diversion Control Division, Drug Enforcement Agency, Department of Justice), dated November 27, 2023, and entitled *Guidance to Pharmacies on the Dispensing of Certain Tetrahydrocannabinols (THC)*, and which is available at https://www.marijuanamoment.net/wp-content/uploads/2023/12/DEA-message-to-Georgia-pharmacies-2023-11-27.jpg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2024.

    /s/ *Joshua I. Schiller*
Joshua I. Schiller

*Counsel for Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2024, I caused a copy of the foregoing declaration and its exhibits to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: March 15, 2024

      */s/ Joshua I. Schiller*
      Joshua I. Schiller