# EXHIBIT C



U.S. DEPARTMENT OF JUSTICE  ★  DRUG ENFORCEMENT ADMINISTRATION
## DIVERSION CONTROL DIVISION

Guidance to Pharmacies on the Dispensing of Certain Tetrahydrocannabinols (THC)

# Guidance to Pharmacies on the Dispensing of Certain Tetrahydrocannabinols (THC)

November 27, 2023

## Dear DEA-Registered Pharmacy:

Recently, the State of Georgia provided guidance to pharmacies on the dispensing of certain tetrahydrocannabinols (THC).

All DEA registrants, including DEA-registered pharmacies, are required to abide by all relevant federal laws and regulations. A DEA-registered pharmacy may only dispense controlled substances in Schedules II-V of the Controlled Substances Act. Neither marijuana nor THC can lawfully be possessed, handled, or dispensed by any DEA-registered pharmacy. Under federal law, products derived from the cannabis plant with delta-9-THC content above 0.3% are considered marijuana, a Schedule I controlled substance. Further, products that contain any amount of a synthetically produced THC are considered to be tetrahydrocannabinols, likewise a Schedule I controlled substance.

Sincerely,

**Matthew J. Strait**
Deputy Assistant Administrator
Diversion Control Division