

April 12, 2024

**VIA ECF**

The Honorable Mark G. Mastroianni
United States District Court, District of Massachusetts
Springfield Courthouse
300 State Street, Suite 120
Springfield, Massachusetts 01105

    Re:    *Canna Provisions, Inc., et al. v. Merrick Garland*, No. 23-cv-30113 (D. Mass.)

Your Honor,

    I write on behalf of Plaintiffs in the above-captioned proceeding to respectfully request oral argument on Defendant Merrick Garland's Motion to Dismiss (ECF 29). We believe oral argument on Defendant's motion to dismiss is appropriate for the same reasons listed in the parties' respective requests for additional pages when briefing the motion (*see* ECF 27, 34). The case presents multiple constitutional questions and concerns matters of great importance both in the Commonwealth and nationwide. Oral argument will allow for a meaningful review of these issues. Oral argument would be particularly useful for addressing points raised for the first time in Defendant's reply brief, including whether the Controlled Substances Act's bar on intrastate marijuana can be upheld as an attempt to regulate "marijuana tourism" (ECF 38 at 9).

    Plaintiffs' counsel conferred about requesting oral argument with Defendant's counsel, who asked that we include the following statement: "Defendant takes no position on the request for oral argument. It is a matter of the Court's discretion whether to hold oral argument. If the Court elects to hold oral argument, Defendant will be ready to present argument."

    Respectfully yours,

    */s/ David Boies*
    David Boies (*admitted pro hac vice*)

CC: All Counsel of Record via ECF

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards. New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com