**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS, WESTERN DIVISION**

| | |
|---|---|
| CANNA PROVISIONS, INC.; GYASI SELLERS; WISEACRE FARM, INC.; and VERANO HOLDINGS CORP., <br><br> Plaintiffs, <br><br><br> MERRICK GARLAND, in his official Capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 23-cv-30113 <br><br> Hon. Mark G. Mastroianni |

**MOTION FOR REMOTE ACCESS TO THE HEARING ON**
**DEFENDANT'S MOTION TO DISMISS SCHEDULED FOR MAY 22, 2024**

Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp. (collectively, "Plaintiffs"), hereby file this motion requesting that the Court permit the public to access by remote means, either telephone or video conference, the hearing on Defendant Merrick Garland's motion to dismiss scheduled for May 22, 2024.  [Dkt. No. 41.]  This dispute involves questions of public concern.  Counsel for Plaintiffs have received a number of requests from members of the press who are seeking means to observe the hearing remotely because they are unable to attend the hearing.  Permitting the hearing to be accessed remotely will not prejudice the parties in any manner.  Plaintiffs' counsel conferred with Defendant's counsel, who confirmed that Defendant takes no position on this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and enter an order permitting the public to access the hearing scheduled for May 22, 2024 by remote means, either telephone or video conference.

Dated: May 17, 2024


Respectfully submitted,

**Boies Schiller Flexner LLP**                                **Lesser, Newman, Aleo & Nasser LLP**

*/s/ Joshua I. Schiller*
David Boies *(admitted pro hac vice)*                    Michael Aleo
333 Main Street                                           Thomas Lesser
Armonk, NY 10504                                          39 Main Street, Suite 1
(914) 749-8200                                            Northampton, MA  01060
dboies@bsfllp.com                                         Telephone:  (413) 584-7331
                                                          Facsimile:   (413) 586-7076
Jonathan D. Schiller *(admitted pro hac vice)*           aleo@LNN-law.com
Matthew L. Schwartz *(admitted pro hac vice)*            lesser@LNN-law.com
David Barillari *(admitted pro hac vice)*
55 Hudson Yards                                           *Attorneys for Plaintiffs Canna Provisions,*
New York, NY 10001                                       *Inc., Gyasi Sellers, Wiseacre Farm, Inc., and*
(212) 446-2300                                            *Verano Holdings Corp.*
jschiller@bsfllp.com
mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

*Attorneys for Plaintiffs Canna Provisions,*
*Inc., Gyasi Sellers, Wiseacre Farm, Inc., and*
*Verano Holdings Corp.*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Defendant, who confirmed that Defendant takes no position on this motion.

Dated: May 17, 2024

*/s/ Joshua I. Schiller*
Joshua I. Schiller

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I caused a copy of the foregoing motion to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: May 17, 2024

*/s/ Joshua I. Schiller*
Joshua I. Schiller