

May 23, 2024

**VIA ECF**

The Honorable Mark G. Mastroianni
United States District Court, District of Massachusetts
Springfield Courthouse
300 State Street, Suite 120
Springfield, Massachusetts 01105

    Re:    *Canna Provisions, Inc., et al. v. Merrick Garland*, No. 23-cv-30113 (D. Mass.)

Your Honor,

    Yesterday Your Honor asked me for a cite for the California case that I mentioned at oral argument. The citation for the Ninth Circuit opinion is: *Perry v. Brown*, 671 F.3d 1052, 1082 n.14 (9th Cir. 2012). The citation for the District Court opinion is: *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010).

                            Respectfully yours,

                            */s/ David Boies*
                            David Boies (*admitted pro hac vice*)

    CC: All Counsel of Record via ECF

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards. New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com

May 23, 2024<br>Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I caused a copy of the foregoing motion to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: May 23, 2024

*/s/ David Boies*
David Boies