UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Canna Provisions, Inc. et al., | ) |
| Plaintiff, | ) Civil Action No.23-cv-30113-MGM |
| v. | ) |
| U.S. Attorney Genera Merrick Garland | ) |
| Defendant, | ) |

ORDER OF DISMISSAL
July 2, 2024

In accord with the court's Memorandum and Order [DO#47] the Court ALLOWS Defendants' Motion to Dismiss, (Dkt. No. 29) is GRANTED for Failure to State a Claim.

IT IS SO ORDERED.

By the Court,

/s/ *Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge