# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| CANNA PROVISIONS, INC.; GYASI SELLERS; WISEACRE FARM, INC.; and VERANO HOLDINGS CORP., <br><br> Plaintiffs, <br><br> - AGAINST - <br><br> MERRICK GARLAND, in his official Capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 23-cv-30113 <br><br> Hon. Mark G. Mastroianni |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs in the above-named case, Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holding Corp., hereby appeal to the United States Court of Appeals for the First Circuit from the order granting Defendant's motion to dismiss, which was entered in this action on July 1, 2024.

Dated: July 3, 2024

Respectfully submitted,

| **Boies Schiller Flexner LLP** | **Lesser, Newman, Aleo & Nasser LLP** |
|---|---|
| */s/ David Boies* <br> David Boies *(admitted pro hac vice)* <br> 333 Main Street <br> Armonk, NY 10504 <br> (914) 749-8200 <br> dboies@bsfllp.com <br><br> Jonathan D. Schiller *(admitted pro hac vice)* <br> Matthew L. Schwartz *(admitted pro hac vice)* <br> David Barillari *(admitted pro hac vice)* | Michael Aleo <br> Thomas Lesser <br> 39 Main Street, Suite 1 <br> Northampton, MA  01060 <br> Telephone:  (413) 584-7331 <br> Facsimile:   (413) 586-7076 <br> aleo@LNN-law.com <br> lesser@LNN-law.com |

55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
mlschwartz@bsfllp.com
dbarillari@bsfllp.com

Joshua I. Schiller *(admitted pro hac vice)*
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6899
jischiller@bsfllp.com

*Attorneys for Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

*Attorneys for Plaintiffs Canna Provisions, Inc., Gyasi Sellers, Wiseacre Farm, Inc., and Verano Holdings Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2024, I caused a copy of the foregoing Notice of Appeal to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: July 3, 2024

          */s/   David Boies*
          David Boies