UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Canna Provisions, Inc. et al v. Garland

District Court Number: 3:23cv30113-MGM

---

Fee:  Paid?  Yes  _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending         Yes ____  No _X_          Sealed documents       Yes ____  No _X_
*If yes, document #* _____                *If yes, document #* _____

*Ex parte* documents    Yes ____  No _X_          Transcripts            Yes ____  No _X_
*If yes, document #* _____                *If yes, document #* _____

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#46 Electronic Order, #47 Memorandum and Order, #48 Order of Dismissal

Other information:

---

   I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#46, #47, #48, and #49

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __49__ filed on __July 3, 2024__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 5, 2024__.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk


**PLEASE RETURN TO THE USDC CLERK'S OFFICE**