# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  **Canna Provisions, Inc., et al v. Garland**

District Court Case No.  **23cv30113**          District of **Massachusetts**

Date Notice of Appeal filed  **July 3, 2024**          Court of Appeals Case No.  **24-1628**

Form filed on behalf of  **Plaintiffs Canna Provisions, Inc.; Gyasi Sellers; Wiseacre Farm, Inc.; and Verano Holdings Corp.**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  **Docket entry no. 53  -  May 22, 2024  -  transcript of oral argument on motion to dismiss**

## TRANSCRIPT ORDER

Name of Court Reporter  _____

Phone Number of Reporter  _____

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  **David Boies**          Filer's Signature  **/s/ David Boies**

Firm/Address  **Boies Schiller Flexner LLP**          Filer's Email address  **dboies@bsfllp.com**

Telephone number  **(914) 749-8200**          Date mailed to court reporter  **July 10, 2024**

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                                          SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2024, I caused a copy of the foregoing Transcript Report to be served, via the electronic case filing system of the Court, on all counsel of record for the parties in these proceedings.

Dated: July 10, 2024

      /s/   David Boies
      David Boies